## RECONSIDERATION OF PRIOR DECISIONS

**2006–1247. Harris v. Mt. Sinai Med. Ctr.**
Cuyahoga App. Nos. 85286, 85574, and 85605, 166 Ohio App.3d 647, 2006-Ohio-2206. Reported at 116 Ohio St.3d 139, 2007-Ohio-5587, 876 N.E.2d 1201. On motion for reconsideration and motion for stay of issuance of mandate pending petition for certiorari to the United States Supreme Court. Motions denied.

PFEIFER, J., dissents.

**2006–1259. State ex rel. Coles v. Granville.**
In Mandamus. Reported at 116 Ohio St.3d 231, 2007-Ohio-6057, 877 N.E.2d 968. On motion for reconsideration. Motion denied.

O'DONNELL, J., not participating.

**2006–1606 and 2006–1851. State v. Jones.**
Mahoning App. No. 05–MA–69, 2006-Ohio-3636. Reported at 116 Ohio St.3d 211, 2007-Ohio-6093, 877 N.E.2d 677. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

**2007–1375. In re Gulley.**
Hamilton App. No. C–060375. Reported at 116 Ohio St.3d 1411, 2007-Ohio-6140, 876 N.E.2d 969. On motion for reconsideration. Motion denied.

**2007–1435. Harvey v. Austinburg Dev. Corp.**
Ashtabula App. No. 2006–A–0044, 2007-Ohio-3025. Reported at 116 Ohio St.3d 1412, 2007-Ohio-6140, 876 N.E.2d 969. On motion for reconsideration. Motion denied.

**2007–1436. Niepsuj v. Niepsuj.**
Summit App. No. 23625. Reported at 116 Ohio St.3d 1412, 2007-Ohio-6140, 876 N.E.2d 969. On motion for reconsideration. Motion denied.

## DISCIPLINARY CASES

**2007–1115. Disciplinary Counsel v. Bubna.**
This cause is before the court upon respondent's filing of an affidavit of compliance on January 11, 2008. Upon consideration thereof,

It is ordered that respondent file, within 20 days of the date of this order, an affidavit that meets the requirements of the court's suspension order of December 12, 2007. The affidavit shall include, inter alia, details of how respondent has complied with the notification requirements of the order and proof that such notices have been sent by certified mail.

It is further ordered that if respondent fails to comply with this order within 20 days of the date of this order, he shall be held in contempt and will not be reinstated until he fully complies.